FILED
U.S. District Court
District of Kansas

JUL 1 3 2026

Clerk, U.S. District Court
By_____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHRISTOPHER FOUNTAIN

)
)
)
)
)

(Enter above the full name of the Plaintiff(s)    )

vs.    BOYD GAMING,    ) Case Number    2:26-cv-02406-DDC-BGS
KANSAS STAR CASINO LLC,
6465 S RAINBOW BLVD
Street and number
LAS VEGAS, NV, 89118
City         State      ZipCode )
777 KANSAS STAR DRIVE,
(Enter above the full name and address of the MULVANE,
Defendant in this action - list the name and    KS 67110
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I.    Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A.    Name of plaintiff CHRISTOPHER FOUNTAIN
Address 5660 S oliver AVE
WICHITA, KS 67218

1

employed at _____

_____

C.    Additional Defendants *Boyd GAMING / ALL EMPLOYEES FOR LAST 13 years.*

_____

_____

II.    Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:

1.    Plaintiff is a citizen of the State of _____.

2.    The first-named defendant above is either

a. a citizen of the State of _____; or

b. a corporation incorporated under the laws of the State of *KANSAS* and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either

a.    a citizen of the State of _____; or

b.    a corporation incorporated under the laws of the State of *NEVADA* and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

2

☐ 2. This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

☑ 3. Other grounds (specify and state any statute which gives rise to such grounds):

THE EMployees in this CASINO, ENGAGED IN A PATTERN OF RACILATEERING ACTIVITY, INCLUDING MAIL FRAUD, WIRE FRAUD, AND ACTS OF VIOLENCE CAUSING PIAINTIFF, FINANCIAL AND PERSONAL INJURY.

III. Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

They defamed My Character AND were working with others to CAUSE Injury Against ME By robbing, shooting, at me defamed my Character to

IV. Relief: HAVE ME FALSEly ARRESTED

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

3

_999 Billion Dollars_
_ALL FALSE CHARGES DISMISSED_
_I WANT TO SPEAK IN COURT._

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes ☑ No ☐

VI. Do you claim actual damages for the acts alleged in your complaint?
Yes ☑ No ☐

VII. Do you claim punitive monetary damages? Yes ☑ No ☐

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

_Over $80,000 in Gold, Vehicle DAMAGES DUE TO VANDALISM, MORE JUDGE in Wichita, KS Corrupt. I NEED A LAWYER_

VIII.    Administrative Procedures:

A.    Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes [✓]    No [ ]

B.    If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

UNKNOWN AT THIS TIME

C.    If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

IX.    Related Litigation:

Please mark the statement that pertains to this case:

[✓]    This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

[ ]    Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

_Christopher Fountain_
Signature of Plaintiff

CHRISTOPHER FOUNTAIN
Name (Print or Type)

566D S OLIVER AVE
Address

5

_____WICHITA, KS 67218_____
City                State        Zip Code

_Chris Fountain_
Telephone Number

<u>DESIGNATION OF PLACE OF TRIAL</u>

Plaintiff designates { ☐ Wichita, ☑ Kansas City , or ☐ Topeka } . Kansas as the
(Select One)
location for the trial in this matter.

_Christopher Fountain_
Signature of Plaintiff

<u>REQUEST FOR TRIAL BY JURY</u>

Plaintiff requests trial by jury { ☑ Yes or ☐ No }
(Select One)

_Christopher Fountain_
Signature of Plaintiff

Dated: _July 11th, 2026_
(Rev. 10/15)

6